1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SAAHDI COLEMAN,                          No.  2:21-cv-00290 KJM GGH P

12                     Petitioner,

13          v.                                 ORDER

14    JEFF LYNCH, Warden,

15                     Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18    corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19    provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 13, 2021, the magistrate judge filed findings and recommendations, which were

21    served on all parties and which contained notice to all parties that any objections to the findings

22    and recommendations were to be filed within twenty-one days. ECF No. 13. Petitioner has filed

23    objections to the findings and recommendations. ECF No. 15.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26    findings and recommendations to be supported by the record and by the proper analysis.

27    /////

28    /////

                                                   1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 13, 2021, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 10) is granted;

3. The habeas petition (ECF No. 1) is dismissed; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  September 27, 2021.

CHIEF UNITED STATES DISTRICT JUDGE